LOUIS GRIESSMAN, Appellant, *v.* RAYMOND M. FISHER, Respondent.

(Argued November 18, 1929; decided December 3, 1929.)

*William Owen Van Keegan* for appellant.

*Mortimer B. Patterson* and *Natalie F. Couch* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.